NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SCHOLLE CUSTOM PACKAGING, INC.,**
*Plaintiff-Appellant,*

v.

**GRAYLING INDUSTRIES, INC.,**
*Defendant-Appellee.*

---

2013-1005

---

Appeal from the United States District Court for the Western District of Michigan in case no. 03-CV-0093, Chief Judge Paul L. Maloney.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move to dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

SCHOLLE CUSTOM PACKAGING V. GRAYLING INDUSTRIES          2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21

Issued As A Mandate: ___DEC 1 9 2012___